**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

ROSSI EDWARD HENDERSON                                                    PETITIONER

v.                          Case No. 2:09CV00146 JLH/HDY

T.C. OUTLAW, WARDEN                                                       RESPONDENT

## ORDER

The petitioner moves for voluntary dismissal of this case without prejudice.  Document #8.

The motion is granted, and the case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE