# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

ROSSI EDWARD HENDERSON                                             PETITIONER

v.                          Case No. 2:09CV00146 JLH/HDY

T.C. OUTLAW, WARDEN                                                RESPONDENT

## **JUDGMENT**

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice.

IT IS SO ORDERED this 7th day of October, 2009.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE